IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM TEAS,

                ORDER

      Plaintiff,

                16-cv-452-bbc

  v.

DALIA SULIENE, KARL HOFFMAN,
KAREN ANDERSON, MEREDITH MASHANK,
LILLIAN TENEBRUSO, NANCY WHITE,
ANTHONY ASHWORTH, LUCAS WEBER,
JANEL NICKEL, KEVIN BOODRY,
MICHAEL DITTMAN, JAMES GREER,
SCOTT BAUER and JAMES KOTTKA,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff William Teas is proceeding in this case on claims that several defendants at the Columbia Correctional Institution violated his rights under the Eighth Amendment, the Americans with Disabilities Act and the Rehabilitation Act. The case has been stayed for more than a year while the court attempted to find counsel for plaintiff. Dkt. #48. During this time, the court has contacted members of the Western District of Wisconsin Bar Association and the Seventh Circuit Bar Association on numerous occasions to seek assistance for plaintiff.

      Unfortunately, no lawyer has agreed to take the case and the court has exhausted its options. Thus, plaintiff now has a choice: (1) proceed on his own without counsel; or (2) dismiss this case without prejudice.

      If plaintiff chooses the first option, I will direct the clerk of court to set a telephone

1

conference with Magistrate Judge Stephen Crocker to determine a new schedule for the case. After that, it will be up to plaintiff to determine how to litigate his claim. The court cannot provide legal advice.

If plaintiff chooses to dismiss the case, the dismissal will be without prejudice, which means that plaintiff could file a new case at a later date. However, the statute of limitations would continue to run. Dupuy v. McEwen, 495 F.3d 807, 810 (7th Cir. 2007) ("[W]hen a suit is dismissed without prejudice, the statute of limitations continues to run from the date (normally the date of the injury) on which the claim accrued.").

ORDER

IT IS ORDERED that

1. The stay in this case is LIFTED.

2. Plaintiff William Teas may have until October 1, 2018, to inform the court in writing whether he wishes to: (1) continue litigating the case but without counsel; or (2) dismiss the case without prejudice.

3. If plaintiff chooses the first option, the clerk of court will set a telephone scheduling conference with Magistrate Judge Crocker. If plaintiff fails to respond by October

1, I will construe his silence to mean that he is choosing the second option and I will direct the clerk of court to close the case.

Entered this 17th day of September, 2018.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge