IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM TEAS,

                             ORDER

          Plaintiff,

                             16-cv-452-bbc

    v.

DALIA SULIENE, KARL HOFFMAN,
KAREN ANDERSON, MEREDITH MASHANK,
LILLIAN TENEBRUSO, NANCY WHITE,
ANTHONY ASHWORTH, LUCAS WEBER,
JANEL NICKEL, KEVIN BOODRY,
MICHAEL DITTMAN, JAMES GREER,
SCOTT BAUER and JAMES KOTTKA,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff William Teas is proceeding in this case on claims that several defendants at the Columbia Correctional Institution violated his rights under the Eighth Amendment, the Americans with Disabilities Act and the Rehabilitation Act. The case was stayed for more than a year while the court attempted to find counsel for plaintiff, but the court was unable to find any lawyer willing to take the case. On September 17, 2018, I directed plaintiff to notify the court whether he wished to proceed with his case on his own or dismiss the case without prejudice. Dkt. #65. Plaintiff has responded, stating that he will proceed with the case without counsel. Dkt. #66.

      Plaintiff also asks the court to explain why no lawyer agreed to take his case, whether any lawyers were close to accepting his case and whether the court can provide any advice on how plaintiff can find a lawyer on his own. I do not know specifically why no lawyer

1

agreed to take plaintiff's case or whether any lawyer considered it seriously. However, I assume it is because there are simply not enough lawyers who practice in this district who have the time, willingness and expertise in civil rights litigation to volunteer to handle a case like plaintiff's. Each year more than 300 lawsuits are filed in this district by pro se plaintiffs, most of whom are in state custody. Between 2016 and 2017, the court was able to find approximately 17 volunteer lawyers to represent pro se litigants. In the past year, the court has had little success in finding counsel for a number of more complex cases, although the effort to do so is continuing. Plaintiff's case is not the only case in which the court attempted to recruit counsel but was unable to do so. Although the court is continually trying new approaches to recruiting counsel, I unfortunately have no advice to provide to plaintiff in how he could recruit counsel on his own. The fact is that there continues to be many more litigants who want the help of counsel than there are counsel who can fill that need.

Because plaintiff has chosen to proceed with this case on his own, I will direct the clerk of court to set a telephone conference with Magistrate Judge Stephen Crocker to determine a new schedule for the case.

ORDER

IT IS ORDERED that the clerk of court should set a telephone scheduling conference with Magistrate Judge Crocker to set a new schedule for this case.

Entered this 10th day of October, 2018.

BY THE COURT:

__/s/_____
BARBARA B. CRABB
District Judge