IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM TEAS,

    Plaintiff,

  v.

Case No. 16-cv-452-bbc

DALIA SULIENE, KARL HOFFMAN,
KAREN ANDERSON,
MEREDITH MASHANK,
LILLIAN TENEBRUSO,
NANCY WHITE,
ANTHONY ASHWORTH,
LUCAS WEBER, JANEL NICKEL,
KEVIN BOODRY,
MICHAEL DITTMAN, JAMES GREER,
SCOTT BAUER AND JAMES KOTTKA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                   09/17/2019
Peter Oppeneer, Clerk of Court                     Date